**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                          PLAINTIFF

v.                                         No. 4:05CR00065-02 JLH

KIM TALBERT                                                                                                              DEFENDANT

## ORDER

    Kim Talbert's motion to surrender for service of sentence is GRANTED.  Document #97.

Kim Talbert will self-report on August 7, 2006, by 2:00 p.m.

    IT IS SO ORDERED this 2nd day of August, 2006.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE